UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 10841 NG**

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )   *Plaintiff,*   )  )  v.   )   Court No.  )  )  JEFFREY A. DONOVAN, )  )   *Defendant.*   MAGISTRATE JUDGE )  ) | RECEIPT # ___ AMOUNT $ ___ SUMMONS ISSUED ___ LOCAL RULE 4.1 ___ WAIVER FORM ___ MCF ISSUED ___ BY DPTY. CLK. ___ DATE 4/27/04 |

## COMPLAINT

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Jeffrey A. Donovan (hereinafter "Donovan"), resides in the District of Massachusetts at 32 Thatcher Road, Plymouth, MA 02360.

3. Donovan is indebted to the United States in the principal amount of $7,879.90 plus interest computed at the rate of 4.7 percent per annum for a total amount of $8,517.69 as of February 17, 2004. Thereafter, interest on the principal amount will accrue at the rate of 4.7 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Donovan has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Donovan in the principal amount of $7,879.90; plus interest in the amount of $225.72; plus interest on this principal at an annual rate of 4.7 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By: *[signature]*

        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3328

Dated: April 26, 2004



EXHIBIT A

CERTIFICATE OF INDEBTEDNESS

JEFFREY ARTHUR DONOVAN
32 THATCHER ROAD
PLYMOUTH MA   02360


Total debt due United States as of April 8, 2004: $8,517.69.

I certify that Defense Finance and Accounting Service records show that the debtor named above is indebted to the United States in the amount stated above, which includes cumulative interest through February 17, 2004 at the annual rate of 4.70%. The information contained in the Certificate of Indebtedness was obtained from the Army's business records, such as the AROTC contract, and the undersigned has custody of this and its related documents.

The claim arose in connection with a debt from the United States Army for tuition upon disenrollment from the Army Reserve Officer Training Corps (AROTC), while a student at Northeastern University. The authority for collection is the AROTC Scholarship Service Agreement, Title 10, United States Code, Section 2005.

Mr. Donovan's account was referred to the Treasury Offset Program (TOP) December 17, 1995 for offset from his Internal Revenue Service (IRS) refund payment. Two payments were received and applied as follows: $280.37 towards principal, $113.90 towards interest and $15 towards administrative charges. The account was referred to a Private Collection Agency (PCA) from March 12, 1995 through October 10, 1995, and to a secondary PCA from September 14, 2003 through November 17, 2003, with no payments being received. Mr. Donovan remitted 41 payments totaling $4,787.00, which were applied as follows: $1,232.93 towards principal, $2,264.33 towards interest, and $1,289.74 to penalty and administrative charges. The current balance due is $8,517.96, and consists of $7,879.90 in principal, interest charges of $225.72, penalty charges of $407.07, and an administrative charge of $5.00.

CERTIFICATION: Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

April 8, 2004

*Nina Maguire*
Nina Maguire
Supervisor, Customer Service Branch
Directorate of Debt and Claims
Management