UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Court No. 04-10841-NG |
| | ) |
| JEFFREY A. DONOVAN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT BY DEFAULT

The defendant, Jeffrey A. Donovan, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and affidavits demonstrating that the defendant owes the plaintiff the sum of $8,754.48; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs, including a $150.00 filing fee pursuant to 28 U.S.C. § 1914, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, recover from the defendant, Jeffrey A. Donovan, the sum of $8,754.48; plus interest from the date of judgment at the legal rate of 2.20 percent, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 1914.

                                                Tony Anastas
                                                Clerk, United States District Court

                By: _____
                              Deputy Clerk

Dated: