UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                     )<br>      v.                )<br>                     )<br>JEFFREY A. DONOVAN )<br>        Defendant, )<br>                     )<br>        and       )<br>                     )<br>BANK OF AMERICA )<br>        Garnishee. ) | 04-10841-NG |

NOTICE OF GARNISHMENT AND INSTRUCTIONS

TO:    JEFFREY A. DONOVAN

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on October 25, 2004, and the Garnishment was served on the Garnishee, Bank of America, and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property to be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk of the United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210. The objection must state your reasons for believing that this property is not subject to attachment

by the United States of America. A copy of the objection or other pleadings must also be served on Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

                                      UNITED STATES OF AMERICA
                                      By its attorneys

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3303

Dated: March 7, 2007