UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 APR 16 P 1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-10841-NG |
| | ) | |
| JEFFREY A. DONOVAN | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BANK OF AMERICA | ) | |
| Garnishee. | ) | |

ANSWER OF THE GARNISHEE

__Wayne Pritchard__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL: [crossed out]

   That he/she is Garnishee herein doing business in the name

of _____.
       (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP: [crossed out]

   That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the __Ops Team Lead__ (Official Title) of Garnishee, __Bank of America__

a corporation, organized under the laws of the State of __NY__.

On <u>3/30</u>, 200<u>7</u>, Garnishee was served with the Writ of Garnishment.

1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | checking account | $375.06 | joint account holders |
| 2. | savings | $448.52 | joint account holder |
| 3. | | | |
| 4. | | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

FILED
IN CLERKS OFFICE
2007 APR 16  P 1: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

___   The Garnishee makes the following claim of exemption on the part of Defendant:
_____

___   The Garnishee has the following objections, defenses, or set-offs to Plaintiff's Court to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
_____

___   The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to:

(1)   Jeffrey A. Donovan,
      32 Thatcher Road
      Plymouth, MA 02360

      and

(2)   Christopher R. Donato
      Assistant U.S. Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this 6th day of April 2007.

_____
Notary Public

My Commission expires:

KATHLEEN A. ARCURI
Notary Public, State of New York
Qualified in Oneida County 01AR6008165
My Commission Expires June 1, 2010