UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>        )<br>    v. )<br>        )<br>JEFFREY A. DONOVAN )<br>        Defendant, )<br>        )<br>    *and* )<br>        )<br>BANK OF AMERICA )<br>        Garnishee. ) | 04-10841-NG |

## GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Bank of America, is to disburse Jeffrey Donovan's bank accounts (checking and savings) for the sum of $823.58, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210;  Re: Jeffrey A. Donovan -- USAO #2004Z00102/001.

APPROVED:                                                         SO ORDERED:

_____                    _____
UNITED STATES DISTRICT JUDGE                       DEPUTY CLERK
                                                                          UNITED STATES DISTRICT COURT

DATED: