UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) |
| v. | )<br>)   04-10841-NG |
| JEFFREY A. DONOVAN<br>       Defendant, | )<br>)<br>) |
| *and* | )<br>) |
| BANK OF AMERICA<br>       Garnishee. | )<br>) |

### GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Bank of America, is to disburse Jeffrey Donovan's bank accounts (checking and savings) for the sum of $823.58, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Jeffrey A. Donovan -- USAO #2004Z00102/001.

APPROVED: _____
UNITED STATES DISTRICT JUDGE

SO ORDERED: _____
DEPUTY CLERK
UNITED STATES DISTRICT COURT

DATED: 5/15/07