UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL NO.  04-10841-NG |
| | ) | |
| JEFFREY A. DONOVAN, | ) | |
|     Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Jeffrey A. Donovan, by payment in full.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL. J. SULLIVAN
    United States Attorney

By:
    /s/   Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: August 23, 2007

## CERTIFICATE OF SERVICE

Suffolk, s.s.    Boston, MA

    I hereby certify that on August 23, 2007, this document was filed through the ECF system and sent to Jeffrey Donovan located in Plymouth, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney